UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EDWARD B. HUBBUCH,<br><br>Plaintiff,<br><br>- against -<br><br>CAPITAL ONE, N.A.,<br><br>Defendant. | : | 26-CV-8670 (VSB) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Capital One's request at Dkt. 20 (and Plaintiff's opposition at Dkt. 24) to stay discovery and adjourn the initial pretrial conference currently scheduled for January 5, 2027. The Court denies the request to adjourn the initial conference. However, the parties are not required in advance of the conference to meet and confer or to submit a proposed scheduling and case management order. The decision of whether to stay discovery is deferred to consideration at or following the conference.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 20.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2026
New York, New York

Copies transmitted this date to all parties of record. The Clerk's Office is respectfully directed to mail a copy of this order to Plaintiff pro se and note service on the docket:

Edward Hubbuch
394 Lincoln Place
#A5
New York, NY 11238